It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

214 So.2d 159

### Elizabeth L. WAITES
v.
### STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.
No. 49360.

Oct. 3, 1968.

In re: Elizabeth L. Waites, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo, 210 So.2d 564.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

214 So.2d 159

### Nelson HANKS et al., d/b/a The Hanks Company
v.
### GULF STATES UTILITIES COMPANY.
No. 49349.

Oct. 3, 1968.

In re: Gulf States Utilities Company, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette, 210 So.2d 345.